JOONG Y. IM (SB # 163720 )
ILONA BRUSIL (SB # 244723)
TANYA GOMERMAN (SB # 271834)
601 Van Ness Avenue, Suite 2056
San Francisco, CA 94102
Telephone: (415) 545-8608
Facsimile: (415) 775-1308

Attorneys for Plaintiff Maria Ivanov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MARIA IVANOV, an individual,<br><br>Plaintiff<br><br>vs.<br><br>STRYKER CORPORATION, a Michigan Corporation; VICKI GAGOLA, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. CV12-05155 LHK HRL<br><br>~~(PROPOSED)~~ **ORDER GRANTING MOTION TO REMAND AND REMANDING ACTION TO SANTA CLARA COUNTY SUPERIOR COURT**<br><br>**JUDGE LUCY H. KOH** |
|---|---|

Currently before the Court is Plaintiff's motion to remand. The motion is scheduled for hearing on March 14, 2013. On or about November 8, 2012, Defendants filed a Notice of Non-Opposition to Plaintiff's motion to remand.

The Court, having considered the papers and pleadings with respect to Plaintiff's motion to remand, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion to remand is **GRANTED**, and the case is **REMANDED** to the Santa Clara County Superior Court of California, where it was originally filed. The motion hearing and case conference set for March 14, 2013 are hereby VACATED.

///

~~(PROPOSED)~~ ORDER GRANTING PLAINTIFF'S MOTION TO REMAND        CV12-05155

- 1 -

**IT IS SO ORDERED.**

Dated: January 16, 2013

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

~~(PROPOSED)~~ ORDER GRANTING PLAINTIFF'S MOTION TO REMAND    CV12-05155