JOONG Y. IM (SB # 163720)
ILONA BRUSIL (SB # 244723)
TANYA GOMERMAN (SB # 271834)
601 Van Ness Avenue, Suite 2056
San Francisco, CA 94102
Telephone: (415) 545-8608
Facsimile: (415) 775-1308

Attorneys for Plaintiff Maria Ivanov

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| MARIA IVANOV, an individual, | CASE NO. CV12-05155 LHK HRL |
|---|---|
| Plaintiff | **(PROPOSED)** ORDER GRANTING MOTION TO REMAND AND REMANDING ACTION TO SANTA CLARA COUNTY SUPERIOR COURT |
| vs. | |
| STRYKER CORPORATION, a Michigan Corporation; VICKI GAGOLA, an individual; and DOES 1 through 20, inclusive, | **JUDGE LUCY H. KOH** |
| Defendants. | |

Currently before the Court is Plaintiff's motion to remand. The motion is scheduled for hearing on March 14, 2013. On or about November 8, 2012, Defendants filed a Notice of Non-Opposition to Plaintiff's motion to remand.

The Court, having considered the papers and pleadings with respect to Plaintiff's motion to remand, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion to remand is **GRANTED**, and the case is **REMANDED** to the Santa Clara County Superior Court of California, where it was originally filed. The motion hearing and case conference set for March 14, 2013 are hereby VACATED.

///

(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO REMAND          CV12-05155

- 1 -

1 | IT IS SO ORDERED.

Dated: January 16, 2013

_Lucy H. Koh_
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

~~(PROPOSED)~~ ORDER GRANTING PLAINTIFF'S MOTION TO REMAND          CV12-05155